

```
                                    F I L E D
                                    JAN 17 2008 HM
                                    MICHAEL W. DOBBINS
                                    CLERK, U.S. DISTRICT COURT
                                    JAN 17 2008
```

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Chief of Criminal Appeals<br>Attorney General's Office<br>100 West Randolph<br>12th Floor<br>Chicago, IL 60601 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br>**RECEIVED**<br>JAN 14 2008<br>Office Of The Attorney General<br>Office Services<br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0100 0001 7312 8404 |
| PS Form 3811, February 2004 | Domestic Return Receipt       102595-02-M-1540 |

08CV23