Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 0023 | DATE | February 12, 2008 |
| CASE TITLE | U.S. ex rel. Robert Miller (A-50043) v. Greg Sims | | |

**DOCKET ENTRY TEXT:**

Petitioner Robert Miller's motion to proceed *in forma pauperis* [3] is granted. Respondent is ordered to answer the petition or otherwise plead within 30 days from the date this order is entered on the docket. Petitioner's petition is missing page 6, which petitioner has provided to this Court in a recent letter. [7] Petitioner's letter also includes two items of correspondence from 2003, which petitioner states should have been included with his petition. The clerk shall include page 6 and the 2003 correspondence with the petition, and shall mail a copy of the letter [7] to the Chief of Criminal Appeals, Illinois Attorney General's office. Petitioner's motion for the appointment of counsel [4] is denied without prejudice.

■[For further details see text below.]

Docketing to mail notices.

### STATEMENT

Petitioner, Robert Miller (A-50043), currently incarcerated at Taylorville Correctional Center, has filed a petition for habeas relief pursuant to 28 U.S.C. § 2254, challenging his 2002 conviction for residential burglary. Finding that petitioner has neither the means nor assets to pay the filing fee, the Court grants his motion to proceed *in forma pauperis*.

Respondent is ordered to answer the petition or otherwise plead within thirty days from the date this order is entered on the clerk's docket.

Petitioner is instructed to file all future papers concerning this action with the Clerk of Court in care of the Prisoner Correspondent. The petitioner must provide the Court with the original plus a judge's copy (including a complete copy of any exhibits) of every document filed. In addition, the petitioner must send an exact copy of any court filing to the Chief of the Criminal Appeals Division, Attorney General's Office, 100 West Randolph Street, 12th Floor, Chicago, Illinois 60601. Every document filed by the petitioner must include a certificate of service stating to whom exact copies were sent and the date of mailing. Any paper that is sent directly to the judge or that otherwise fails to comply with these instructions may be disregarded by the court or returned to the petitioner.

Petitioner's motion for the appointment of counsel is denied without prejudice. Although the Court may appoint counsel for petitioner at any stage of the proceedings if deemed necessary or for an evidentiary hearing under Rule 8(c) of the Rules Governing § 2254 Cases, the appointment of counsel is not warranted at this time.

isk