**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:   08 C 0023

    Robert Miller, Petitioner,

        v.

    Warden Greg Sims, Respondent.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

    Greg Sims, Respondent.

| | |
|---|---|
| NAME (Type or print) <br>    Garson Fischer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>    s/ Garson Fischer | |
| FIRM <br>    Office of the Illinois Attorney General | |
| STREET ADDRESS <br>    100 W. Randolph Street, 12th Floor | |
| CITY/STATE/ZIP <br>    Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br>    6286165 | TELEPHONE NUMBER <br>    312-814-2566 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. )<br>    ROBERT MILLER, )<br>                    )<br>        Petitioner, )<br>                    )<br>    vs.             )<br>                    )<br>                    )<br>GREG SIMS, Warden, )<br>                    )<br>        Respondent. ) | <br><br><br><br><br><br>No. 08 C 0023<br><br>The Honorable<br>Wayne R. Andersen,<br>Judge Presiding. |

## NOTICE OF ELECTRONIC FILING

   PLEASE TAKE NOTICE that on March 11, 2008, Greg Sims, through his attorney, Lisa Madigan, Attorney General of Illinois, submitted this Appearance for electronic filing and uploading to the CM/ECF system.  A copy of this document was mailed by the United States Postal Services to the following non-CM/ECF users:

Robert Miller, #A50043,
Taylorville Correctional Center,
Route 29 South
P.O. Box 900
Taylorville, Illinois, 62568.

                            LISA MADIGAN
                            Attorney General of Illinois

            By:             /s/ Garson Fischer
                            GARSON FISCHER
                            Assistant Attorney General
                            100 W. Randolph, 12th Floor
                            Chicago, IL 60601
                            (312) 814-2566
            E-Mail:         gfischer@atg.state.il.us
                            Atty. Reg. #6286165