IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. ROBERT MILLER, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>) | ) | |
| | ) | No. 08 C 0023 |
| | ) | |
| GREG SIMS, Warden, )<br>)<br>Respondent. | ) )<br>) | The Honorable<br>Wayne R. Andersen,<br>Judge Presiding. |

NOTICE OF MOTION

TO:  Robert Miller, #A50043,
     Taylorville Correctional Center,
     Route 29 South
     P.O. Box 900
     Taylorville, Illinois, 62568.

   PLEASE TAKE NOTICE that on Wednesday, March 19, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Wayne R. Andersen, who sits in Courtroom 1486, at 219 South Dearborn Street in Chicago, and then and there present the attached MOTION FOR AN EXTENSION OF TIME, a copy of which is hereby served upon you.

March 11, 2008                    Respectfully submitted,
                                  LISA MADIGAN
                                  Attorney General of Illinois

                                  s/ Garson Fischer
                                  GARSON FISCHER, Bar #: 6286165
                                  Assistant Attorney General
                                  100 West Randolph Street, 12th Floor
                                  Chicago, Illinois 60601
              TELEPHONE:          (312) 814-2566
              FAX:                (312) 814-2253
              E-MAIL:             gfischer@atg.state.il.us

## NOTICE OF ELECTRONIC FILING

    PLEASE TAKE NOTICE that on March 11, 2008, Greg Sims, through his attorney, Lisa Madigan, Attorney General of Illinois, submitted this Notice of Motion for electronic filing and uploading to the CM/ECF system. A copy of this document was mailed by the United States Postal Services to the following non-CM/ECF users:

Robert Miller, #A50043,
Taylorville Correctional Center,
Route 29 South
P.O. Box 900
Taylorville, Illinois, 62568.

                                                    LISA MADIGAN
                                                    Attorney General of Illinois

By:                     /s/ Garson Fischer
                            GARSON FISCHER
                            Assistant Attorney General
                            100 W. Randolph, 12th Floor
                            Chicago, IL 60601
                            (312) 814-2566
E-Mail:              gfischer@atg.state.il.us
                            Atty. Reg. #6286165