IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. ) | | |
| ROBERT MILLER, ) | | |
| ) | | |
| Petitioner, ) | | |
| ) | | |
| vs. ) | | |
| ) | No. 08 C 0023 | |
| ) | | |
| GREG SIMS, Warden, ) | The Honorable | |
| ) | Wayne R. Andersen, | |
| Respondent. ) | Judge Presiding. | |

## MOTION TO ORDER RELEASE OF THE STATE COURT RECORD

Now comes respondent, Greg Sims, Warden of the Taylorville Correctional Center, by his attorney, Lisa Madigan, Attorney General of Illinois, and respectfully moves this Honorable Court to order the trial court to release the state court record to respondent's counsel.

An affidavit in support of this motion is attached hereto.

April 9, 2008

Respectfully submitted,
LISA MADIGAN
Attorney General of Illinois

By:     /s/ Garson Fischer
GARSON    FISCHER
Assistant Attorney General
100 W. Randolph
12th Floor
Chicago, Il. 60601
(312) 814-2566
Atty. Reg. #6286165

STATE OF ILLINOIS           )
                            )        ss.
COUNTY OF COOK              )

## AFFIDAVIT

I, GARSON FISCHER, being first duly sworn upon oath, depose and state as follows:

1.      That the undersigned is an Assistant Attorney General in the Criminal Appeals Division of the Office of the Illinois Attorney General and is the Assistant assigned to represent respondent in this matter;

2.      That the respondent needs the state court record in order to analyze the claims in the instant case;

3.      The Circuit Court of Cook County, Skokie Division requires a court order in order to release the state court record to counsel.  The Appellate Court of Illinois returned the five-volume state court record to the trial court on January 23, 2008 so the record is clearly in the trial court's possession;

4.      Respondent respectfully requests an order requiring the trial court to release the state court record to respondent's counsel.

FURTHER AFFIANT SAYETH NOT.

/s/ Garson Fischer_____
GARSON FISCHER

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. | ) | |
| ROBERT MILLER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | No. 08 C 0023 |
| | ) | |
| GREG SIMS, Warden, | ) | The Honorable |
| | ) | Wayne R. Andersen, |
| Respondent. | ) | Judge Presiding. |

---

## NOTICE OF ELECTRONIC FILING

PLEASE TAKE NOTICE that on April 9, 2008, Greg Sims, through his attorney, Lisa Madigan, Attorney General of Illinois, submitted this **Motion to Order Release of the State Court Record** for electronic filing and uploading to the CM/ECF system. A copy of this document was mailed by the United States Postal Services to the following non-CM/ECF users:

Robert Miller, #A50043,
Taylorville Correctional Center,
Route 29 South
P.O. Box 900
Taylorville, Illinois, 62568.

                                        LISA MADIGAN
                                        Attorney General of Illinois

        By:                             /s/ Garson Fischer
                                        G A R S O N    F I S C H E R
                                        Assistant Attorney General
                                        100 W. Randolph, 12th Floor
                                        Chicago, IL 60601
                                        (312) 814-2566
        E-Mail:                         gfischer@atg.state.il.us
                                        Atty. Reg. #6286165