IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. ROBERT MILLER, | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) ) | No. 08 C 0023 |
| GREG SIMS, Warden, | ) ) ) | The Honorable Wayne R. Andersen, |
| Respondent. | ) | Judge Presiding. |

NOTICE OF MOTION

TO:   Robert Miller, #A50043,
      Taylorville Correctional Center,
      Route 29 South
      P.O. Box 900
      Taylorville, Illinois, 62568.

   PLEASE TAKE NOTICE that on Thursday, April 17 19, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Wayne R. Andersen, who sits in Courtroom 1486, at 219 South Dearborn Street in Chicago, and then and there present the attached MOTION TO ORDER RELEASE OF THE STATE COURT RECORD, a copy of which is hereby served upon you.

April 9, 2008                      Respectfully submitted,
                                   LISA MADIGAN
                                   Attorney General of Illinois

                                   s/ Garson Fischer
                                   GARSON FISCHER, Bar #: 6286165
                                   Assistant Attorney General
                                   100 West Randolph Street, 12th Floor
                                   Chicago, Illinois 60601
                  TELEPHONE:       (312) 814-2566
                  FAX:             (312) 814-2253
                  E-MAIL:          gfischer@atg.state.il.us

## NOTICE OF ELECTRONIC FILING

    PLEASE TAKE NOTICE that on April 9, 2008, Greg Sims, through his attorney, Lisa Madigan, Attorney General of Illinois, submitted this Notice of Motion for electronic filing and uploading to the CM/ECF system.  A copy of this document was mailed by the United States Postal Services to the following non-CM/ECF users:

Robert Miller, #A50043,
Taylorville Correctional Center,
Route 29 South
P.O. Box 900
Taylorville, Illinois, 62568.

                                                      LISA MADIGAN
                                                      Attorney General of Illinois

By:                        /s/ Garson Fischer
                              GARSON FISCHER
                              Assistant Attorney General
                              100 W. Randolph, 12th Floor
                              Chicago, IL 60601
                              (312) 814-2566
E-Mail:                 gfischer@atg.state.il.us
                              Atty. Reg. #6286165