IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel.  )<br>ROBERT MILLER,                )<br>                                 )<br>            Petitioner,         )<br>                                 )<br>    vs.                          )<br>                                 )   No. 08 C 0023<br>                                 )<br>GREG SIMS, Warden,               )   The Honorable<br>                                 )   Wayne R. Andersen,<br>            Respondent.          )   Judge Presiding. | |

**MOTION FOR EXTENSION OF TIME**

Respondent, GREG SIMS, Warden of Stateville Correctional Center, through his attorney, LISA MADIGAN, Attorney General of Illinois, hereby moves this Honorable Court for a thirty (30) day extension of time to answer or otherwise plead to the above-captioned petition for writ of habeas corpus, from April 12, 2008, to and including May 12, 2008.

An affidavit in support of this motion is attached hereto.

April 9, 2008

Respectfully submitted,
LISA MADIGAN
Attorney General of Illinois

By:   /s/ Garson Fischer
GARSON FISCHER
Assistant Attorney General
100 W. Randolph
12th Floor
Chicago, Il. 60601
(312) 814-2566
Atty. Reg. #6286165

State of Illinois )
) SS.
County of Cook )

## AFFIDAVIT

GARSON FISCHER, being first duly sworn upon oath, deposes and states as follows:

1. That I am the Assistant Illinois Attorney General assigned to handle this matter.

2. That respondent, Greg Sims's response to the instant federal habeas corpus petition is currently due to be filed on or before April 12, 2008.

3. That despite due diligence, your affiant will be unable to file a response on behalf of respondent by April 12, 2008.

4. That this is respondent's second request for an extension of time to answer or otherwise plead to the instant petition for writ of habeas corpus.

5. That your affiant has ordered, but not yet received, all of the state court materials necessary for filing an informed response to the instant petition. Some of the necessary materials are in possession of the Circuit Court of Cook County, Skokie Division. Affiant has been informed that this court now requires a court order to release state court records to counsel. Affiant has filed a motion to compel the release of the state court record, which was prepared as soon as he could confirm the details of the records in that court's possession.

6.    That this motion is not for purposes of delay, but is being made solely to ensure that respondent's interests are adequately protected.

7.    That respondent respectfully request that this Honorable Court grant his thirty (30) day motion for an extension of time to and including May 12, 2008, within which to file his answer or otherwise plead to the instant petition for writ of habeas corpus.

FURTHER AFFIANT SAYETH NOT.

/s/ Garson Fischer_____
GARSON FISCHER

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. ROBERT MILLER, | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) ) ) | No. 08 C 0023 |
| GREG SIMS, Warden, | ) ) | The Honorable Wayne R. Andersen, |
| Respondent. | ) | Judge Presiding. |

## NOTICE OF ELECTRONIC FILING

     PLEASE TAKE NOTICE that on April 9, 2008, Greg Sims, through his attorney, Lisa Madigan, Attorney General of Illinois, submitted this **Motion for Extension of Time** for electronic filing and uploading to the CM/ECF system.  A copy of this document was mailed by the United States Postal Services to the following non-CM/ECF users:

Robert Miller, #A50043,
Taylorville Correctional Center,
Route 29 South
P.O. Box 900
Taylorville, Illinois, 62568.

                                       LISA MADIGAN
                                       Attorney General of Illinois

By:           /s/ Garson Fischer
               GARSON FISCHER
               Assistant Attorney General
               100 W. Randolph, 12th Floor
               Chicago, IL 60601
               (312) 814-2566
E-Mail:     gfischer@atg.state.il.us
               Atty. Reg. #6286165