

Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHW

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 8 C 23 | **DATE** | 4/25/2008 |
| **CASE TITLE** | U.S.A. ex rel vs. Greg Sims | | |

**DOCKET ENTRY TEXT**

Enter order. It is ordered that respondent's motion is hereby granted. The Circuit Clerk of Cook County, Illinois shall release to the Illinois Attorney General through Assistant Attorney General Garson Fischer the trial record in People v. Miller, No. 00-C2-20576,

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials: TSA