MHN

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. ROBERT MILLER, | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) | No. 08 C 0023 |
| GREG SIMS, Warden, | ) ) | The Honorable Wayne R. Andersen, |
| Respondent. | ) | Judge Presiding. |

## ORDER

This cause coming to be heard on respondent's motion to order release of the state court record filed in the above-captioned cause, and the court being fully advised in the premises;

IT IS ORDERED that respondent's motion is hereby GRANTED. The Circuit Clerk of Cook County, Illinois SHALL release to the Illinois Attorney General, through Assistant Attorney General Garson Fischer the trial record in *People v. Miller*, No. 00-C2-20576.

ENTER: *April 25, 2008*    JUDGE: _____