IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ROBERT MILLER, ) ) ) Petitioner, ) ) vs. ) ) ) GREG SIMS, Warden, ) ) Respondent. ) | No. 08 C 0023 The Honorable Wayne R. Andersen, Judge Presiding. |

## MOTION FOR EXTENSION OF TIME

Respondent, GREG SIMS, Warden of Stateville Correctional Center, through his attorney, LISA MADIGAN, Attorney General of Illinois, hereby moves this Honorable Court for a thirty (30) day extension of time to answer or otherwise plead to the above-captioned petition for writ of habeas corpus, from May 12, 2008, to and including June 11, 2008.

An affidavit in support of this motion is attached hereto.

May 9, 2008

Respectfully submitted,
LISA MADIGAN
Attorney General of Illinois

By:   /s/ Garson Fischer
GARSON FISCHER
Assistant Attorney General
100 W. Randolph
12th Floor
Chicago, Il. 60601
(312) 814-2566
Atty. Reg. #6286165

State of Illinois    )
                     ) SS.
County of Cook       )

## AFFIDAVIT

GARSON FISCHER, being first duly sworn upon oath, deposes and states as follows:

1.    That I am the Assistant Illinois Attorney General assigned to handle this matter.

2.    That respondent, Greg Sims's response to the instant federal habeas corpus petition is currently due to be filed on or before May 12, 2008.

3.    That despite due diligence, your affiant will be unable to file a response on behalf of respondent by May 12, 2008.

4.    That this is respondent's third request for an extension of time to answer or otherwise plead to the instant petition for writ of habeas corpus.

5.    That your affiant has now received, all of the state court materials necessary for filing an informed response to the instant petition. Some of the necessary materials were in possession of the Circuit Court of Cook County, Skokie Division. Affiant filed a motion to compel the release of the state court record on April 9, 2008. This Court granted that motion on April 18, 2008. This Court issued an order to that effect on April 25, 2008. Affiant faxed the order to the Circuit Court of Cook County, Skokie Division, on April 28, 2008. Affiant received the record on May 6, 2008.

6. Since May 6, 2008, affiant has been preparing for oral arguments in *Beacham v. Walker*, No. 104176, and *People v. Lucas*, No. 104558. Each is scheduled for argument in the Illinois Supreme Court on May 13, 2008.

7. That this motion is not for purposes of delay, but is being made solely to ensure that respondent's interests are adequately protected.

8. That respondent respectfully request that this Honorable Court grant his thirty (30) day motion for an extension of time to and including June 11, 2008, within which to file his answer or otherwise plead to the instant petition for writ of habeas corpus.

FURTHER AFFIANT SAYETH NOT.

/s/ Garson Fischer_____
GARSON FISCHER

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. ROBERT MILLER, | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) ) ) | No. 08 C 0023 |
| GREG SIMS, Warden, | ) ) | The Honorable Wayne R. Andersen, |
| Respondent. | ) | Judge Presiding. |

**NOTICE OF ELECTRONIC FILING**

     PLEASE TAKE NOTICE that on May 9, 2008, Greg Sims, through his attorney, Lisa Madigan, Attorney General of Illinois, submitted this **Motion for Extension of Time** for electronic filing and uploading to the CM/ECF system.  A copy of this document was mailed by the United States Postal Services to the following non-CM/ECF users:

Robert Miller, #A50043,
Taylorville Correctional Center,
Route 29 South
P.O. Box 900
Taylorville, Illinois, 62568.

                                                    LISA MADIGAN
                                                    Attorney General of Illinois

          By:                        /s/ Garson Fischer
                                      GARSON FISCHER
                                      Assistant Attorney General
                                      100 W. Randolph, 12th Floor
                                      Chicago, IL 60601
                                      (312) 814-2566
         E-Mail:                gfischer@atg.state.il.us
                                      Atty. Reg. #6286165