**FILED**

7-20-08

JUL 24 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

From: Robert Miller
Reg. No. A50043
P.O. Box 900
Taylorville, IL 62568

To: Judge Andersen
Magistrate Judge Valdez

08 C 0023     Case No.: 08C 0023
Case Title: Robert Miller, Petitioner
vs. Gregory Sims, Warden, Respondent

Dear judge Andersen,

I recevied the Attorney Generals Answer to my Habeas Corpus Petition about a month ago, and I've been waiting for further instructions from the Court about what to do next.

Also, at this time I am asking for an attorney to be appointed to my case. I put a motion for "appointment of Counsel" in my Petition for Habeas Corpus; but you felt an attorney was not needed at the time. Respectfully, I am asking that you appoint an attorney now. As this letter demonstrates, I do not know how to proceed from hear.